## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 16 CRW 6180

| DEFENDANT'S NAME: Jones, Yusif Lee | NICKNAME: Unknown | ALIASES: Unknown | CCN: 16206996 | PDID: None |
|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02-16-1964 | HGT: 6'02 | WGT: 200 | EYES: Blue | HAIR: Grey | COMPL: Light | SCARS, MARKS TATTOOS: Unknown |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 133 Harts Landing Lane Shreveport, LA 71115 | TELEPHONE NUMBER: 318 820-0237 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: Besta Pizza | TELEPHONE NUMBER: On file |
| LOCATION OF OFFENSE: 5029 Connecticut Aven Northwest, Washington, DC | DATE OF OFFENSE: December 7th, 2016 | TIME OF OFFENSE: Approx 1130 hours |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 20 = Known to abuse drugs
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 60 = Allergies
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 90 = Diabetic
- 01 = Other (Explain)

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**                                 Page 1 of 2

On December 7th, 2016, the Metropolitan Police Department responded to Besta Pizza located at 5029 Connecticut Avenue Northwest, Washington, DC in reference to a threatening phone call.
The complainant states that approximately 11:30 AM, the complainant answered the phone and the defendant asked, "Is This Besta Pizza?" The defendant further stated, "I'm coming there to finish what the other guy didn't. I'm coming there to save the kids and then I'm going to shoot you and everyone in the place!" The defendant then hung up the phone. The complainant stated the caller's voice sounded like he could be "white."
The complainant provided police the number that registered on the caller id (318 820-0237).
On December 11th, 2016 at approximately 5:34 PM, your Affiant called the number provided by the complainant. The phone call went unanswered but your Affiant left a voicemail identifying himself and to return the call upon receipt of the message. Approximately a minute later, your Affiant received a call from the same number dialed. Your Affiant answered the call and a male who identified himself as Yusif Lee Jones.
Your Affiant thanked Mr. Jones for returning his call and inquired if Mr. Jones is aware of the pizza gate conspiracy theory on the internet. Mr. Jones replied, "Yes I heard of it, it's on the internet." Your Affiant asked Mr. Jones if he believes the allegations of children being molested, tortured, or sacrificed to be true. Mr. Jones replied, "Yes I do believe it."
Your Affiant also inquired if he is aware of a person recently arrested last week for terrorizing a pizza business (COMET PING PONG) in DC. Mr. Jones replied, "Yes, but I think the government paid him to commit that." Your Affiant asked Mr. Jones, "Is this your phone." Mr. Jones replied, "Yes but I lost it recently and got it replaced." Your Affiant asked Mr. Jones, "How long ago did he lose his phone." Mr. Jones stated, "I don't remember, I just bought a new one at Best Buy for $80.00 dollars." Your Affiant asked Mr. Jones, "Do you have the receipt." Mr. Jones stated, "No, I don't have one."
Your Affiant asked Mr. Jones, "Did you call a pizzeria and make threats to shoot up the place." Mr. Jones stated, "NO SIR!"

**AFFIANT'S SIGNATURE:** X Torres, Roberto (MPD) D2-1389

**PLEASE ISSUE A WARRANT FOR:** Yusif Lee Jones

**CHARGED WITH:** FELONY THREATS

ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS 14TH DAY OF December 2016

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

MHE

Patel - HISP

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 16 CRW6180

| DEFENDANT'S NAME: Jones, Yusif Lee | NICKNAME: Unknown | ALIASES: Unknown | CCN: 16206996 | PDID: None |
|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 2-16-1964 | HGT: 6'08 | WGT: 200 | EYES: Blue | HAIR: Grey | COMPL: Light | SCARS, MARKS TATTOOS: Unknown |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 133 Harts Landing Lane Shreveport, LA 71115 | TELEPHONE NUMBER 318 820-0237 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: Besta Pizza | TELEPHONE NUMBER: On file |
| LOCATION OF OFFENSE: 5029 Connecticut Aven Northwest, Washington, DC | DATE OF OFFENSE: December 7th, 2016 | TIME OF OFFENSE: Approx 1130 hours |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 20 = Known to abuse drugs
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 60 = Allergies
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 90 = Diabetic
- 01 = Other (Explain)

**CONTINUANCE OF BRIEF DESCRIPTION OF WHAT HAPPENED:**   Page 2 of 2

Your Affiant told Mr. Jones, "The complainant is here listening to the conversation and the complainant has just identified your voice as the same person who called the pizzeria. I will escort him out of the office so you and I could talk alone. This is your only chance to tell me the truth."

Your Affiant put Mr. Jones on hold for about 30 seconds. Your Affiant picked up and again asked Mr. Jones, "Sir did you make that phone call." Mr. Jones replied, "I made the call. I flipped out. I know what I did is wrong. I got a grandchild. I'm sorry. I googled the number from my phone." Your Affiant asked Mr. Jones, "Who did you call?" Mr. Jones replied, "Besta Pizza."

Your Affiant asked if he owns weapons, Mr. Jones stated, "I am a convicted Felon. I can't own guns. I was locked up in 89 for having cocaine." Your Affiant asked Mr. Jones if that is his only charge. Mr. Jones replied, "I also have a DUI."

Your Affiant asked Mr. Jones if he can provide his biographical information and Mr. Jones obliged.

The call between your Affiant and Mr. Jones lasted approximately 21 minutes. Investigator Stevens was also present during the conversation as the conversation was on speaker phone.

Your Affiant contacted the Shreveport Police Department at 318 673-7132 and spoke with supervisor Bryant, D. Supervisor Bryant confirmed to your Affiant that Mr. Jones was arrested on November 17, 1989 for a cocaine charge. A WALES/NCIC check revealed that the information is the same provided by Mr. Jones.

Based on the above facts and circumstances this Affiant believes that the offense occurred as described and respectfully requests that an arrest warrant be issued for the defendant, Yusif Lee Jones with a DOB of 02/16/1964.

**PLEASE ISSUE A WARRANT FOR:** Yusif Lee Jones

**CHARGED WITH:** Felony Threats

ASSISTANT UNITED STATES ATTORNEY

**AFFIANT'S SIGNATURE:** X Torres, Roberto (MPD) D2-1389

SUBSCRIBED AND SWORN TO BEFORE ME THIS 14TH DAY OF December 2016

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

MIZE

PATEL - HWP